Willie CLISBY, Petitioner–Appellee, Cross–Appellant,

v.

Charlie JONES, Warden, Holman Unit, Alabama Department of Corrections, Respondent–Appellant, Cross–Appellee.

No. 89–7209.

United States Court of Appeals, Eleventh Circuit.

Dec. 17, 1990.

Don Siegelman, Atty. Gen., and Ed Carnes and John Gibbs, Asst. Attys. Gen., The Alabama State House, Montgomery, Ala., for respondent-appellant, cross-appellee.

Cathy S. Wright, Tony G. Miller, Deborah J. Long, Maynard, Cooper, Fierson & Gale, P.C., Birmingham, Ala., for petitioner-appellee, cross-appellant.

---

ON PETITION FOR REHEARING AND
SUGGESTION FOR REHEARING
EN BANC

Before TJOFLAT, Chief Judge, FAY,
KRAVITCH, JOHNSON, HATCHETT,
ANDERSON, CLARK, EDMONDSON,
COX, BIRCH and DUBINA, Circuit
Judges.*

BY THE COURT:

A member of this Court in active service having requested a poll on the applications for rehearing en banc and a majority of the judges in this Court in active service having voted in favor of granting rehearing en banc,

IT IS ORDERED that the cause shall be reheard by this Court en banc *with* oral argument on a date hereafter to be fixed. The previous panel's opinion is hereby VACATED.

The clerk will specify a briefing schedule for the filing of en banc briefs.